# Order

Michigan Supreme Court
Lansing, Michigan

September 24, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148739

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                             SC: 148739
                                             COA: 306463

LAMAR DEANGELO CLEMONS,
      Defendant-Appellant.
_____/
                                             Oakland CC: 2011-236374-FC

      On order of the Court, the application for leave to appeal the December 26, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      CAVANAGH, J., would grant leave to appeal.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2014



                                            Clerk

h0917